**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| ADVANCED DERMATOLOGY, | Case No. 5:19-CV-01828-JRA |
| Plaintiff, | Judge John R. Adams |
| | Magistrate Judge Kathleen B. Burke |
| v. | |
| FIELDWORK, INC., | |
| Defendant. | |

Emily C. Kesler, of the law firm Seyfarth Shaw LLP, 233 S Wacker Dr., Suite 8000, Chicago, Illinois 60606, hereby enters an appearance in the above-captioned matter on behalf of Defendant Fieldwork, Inc.

DATED:  September 5, 2019

Respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ *Emily C. Kesler*
        Emily C. Kesler


SEYFARTH SHAW LLP
Jordan P. Vick
jvick@seyfarth.com
Emily C. Kesler
ekesler@seyfarth.com
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:      (312) 460-5000
Facsimile:       (312) 460-7000

Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 5, 2019, a copy of the foregoing

Notice of Appearance was served upon counsel of record in this case via the U.S. District Court

CM/ECF System.


By: /s/ *Emily C. Kesler*
              Emily C. Kesler