# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ADVANCED DERMATOLOGY, <br><br> Plaintiff, <br><br> v. <br><br> FIELDWORK, INC., <br><br> Defendant. | Case No. 5:19-CV-01828-JRA <br><br> Judge John R. Adams <br> Magistrate Judge Kathleen B. Burke |

      Jordan P. Vick, of the law firm Seyfarth Shaw LLP, 233 S Wacker Dr., Suite 8000, Chicago, Illinois 60606, hereby enters an appearance in the above-captioned matter on behalf of Defendant Fieldwork, Inc.

DATED: September 5, 2019

Respectfully submitted,

SEYFARTH SHAW LLP


By: /s/ *Jordan P. Vick*
    Jordan P. Vick

SEYFARTH SHAW LLP
Jordan P. Vick
jvick@seyfarth.com
Emily C. Kesler
ekesler@seyfarth.com
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:   (312) 460-7000

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 5, 2019, a copy of the foregoing Notice of Appearance was served upon counsel of record in this case via the U.S. District Court CM/ECF System.

By: /s/ *Jordan P. Vick*  
Jordan P. Vick