**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ADVANCED DERMATOLOGY, on behalf of itself and all those similarly situated, | ) ) ) ) | Case No.: 5:19-cv-01828-JRA |
| | ) | Judge: John R. Adams |
| Plaintiff, | ) ) | Magistrate Judge: Kathleen B. Burke |
| vs. | ) ) | |
| FIELDWORK, INC., | ) ) | |
| Defendant. | ) | |

### FIELDWORK'S UNOPPOSED JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant Fieldwork, Inc. ("Fieldwork"), by and though its attorneys, and pursuant to Local Rule 83.9, requests that the Court enter an order allowing Jordan P. Vick and Emily Kesler of SEYFARTH SHAW LLP to withdraw their appearances as counsel of record for Fieldwork and permitting Gregory D. Brunton of GORDON & REES SCULLY MANSUKHANI, LLP to appear as substitute counsel of record for Fieldwork. Fieldwork requested and is aware of the instant Motion.

This motion for withdrawal and substitution of counsel is not sought for delay or any other improper purpose. This confirms that GORDON & REES SCULLY MANSUKHANI, LLP is aware of and will comply with all pending deadlines in the matter, and that written notice has been provided to all other parties or counsel of record through the Court's CM/ECF system.

On October 3, 2019, undersigned counsel contacted Ronald Fredericks of Frederick & Berler, LLC, Plaintiff's attorney, and inquired as to whether he had any objection to this Motion. Mr. Frederick did not have any objection and agreed to filing this motion as unopposed.

Dated: October 4, 2019                    Respectfully submitted,


By:  /s/ Jordan P. Vick                   By:  /s/ Gregory D. Brunton
     SEYFARTH SHAW LLP                         GORDON & REES SCULLY MANSUKHANI,
     Jordan P. Vick (IL #6293675)              LLP
     Emily C. Kesler (IL #6324158)             Gregory D. Brunton      (0061722)
     233 South Wacker Drive, Suite 8000        41 South High Street, Suite 2495
     Chicago, IL 60606                         Columbus, Ohio 43215
     Phone: (312) 460-5569                     T: (614) 340-5558
     jvick@seyfarth.com                        F: (614) 360-2130
     ekesler@seyfarth.com                      gbrunton@grsm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2019, a copy of the foregoing document was served upon counsel of record in this case via the U.S. District Court CM/ECF System, as well as via email and USPS on new counsel, Gregory D. Brunton of GORDON & REES SCULLY MANSUKHANI, LLP.

/s/ Jordan P. Vick
SEYFARTH SHAW LLP
Jordan P. Vick (IL #6293675)
Emily C. Kesler (IL #6324158)
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Phone: (312) 460-5569
jvick@seyfarth.com
ekesler@seyfarth.com
*Attorneys for Defendant*