Motion granted. Attorney Gregory D. Brunton is hereby substituted as attorney of record for Defendant Fieldwork, Inc., replacing Jordan P. Vick and Emily Kesler.
/s/John R. Adams
U.S. District Judge
October 7, 2019

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADVANCED DERMATOLOGY, on behalf of itself and all those similarly situated, | Case No.: 5:19-cv-01828-JRA |
| Plaintiff, | Judge: John R. Adams |
| vs. | Magistrate Judge: Kathleen B. Burke |
| FIELDWORK, INC., | |
| Defendant. | |

## FIELDWORK'S UNOPPOSED JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant Fieldwork, Inc. ("Fieldwork"), by and though its attorneys, and pursuant to Local Rule 83.9, requests that the Court enter an order allowing Jordan P. Vick and Emily Kesler of SEYFARTH SHAW LLP to withdraw their appearances as counsel of record for Fieldwork and permitting Gregory D. Brunton of GORDON & REES SCULLY MANSUKHANI, LLP to appear as substitute counsel of record for Fieldwork. Fieldwork requested and is aware of the instant Motion.

This motion for withdrawal and substitution of counsel is not sought for delay or any other improper purpose. This confirms that GORDON & REES SCULLY MANSUKHANI, LLP is aware of and will comply with all pending deadlines in the matter, and that written notice has been provided to all other parties or counsel of record through the Court's CM/ECF system.

On October 3, 2019, undersigned counsel contacted Ronald Fredericks of Frederick & Berler, LLC, Plaintiff's attorney, and inquired as to whether he had any objection to this Motion. Mr. Frederick did not have any objection and agreed to filing this motion as unopposed.