IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADVANCED DERMATOLOGY, on behalf of itself and all those similarly situated, | Case No. 5:19-cv-01828 |
| Plaintiff, | Judge John R. Adams |
| vs. | Magistrate Judge Kathleen B. Burke |
| FIELDWORK, INC., | |
| Defendant. | |

## NOTICE OF APPEARANCE

Now comes attorney Joseph Merical of the law firm Gordon & Rees LLP, and hereby gives notice to this Court and to all parties that he enters his appearance as counsel of record for Defendant Fieldwork, Inc. ("Defendant"). It is respectfully requested that all further pleadings, notices, filings, papers, etc. be served upon the undersigned as counsel of record for Defendant.

Respectfully submitted,

*/s/ Joseph Merical*
Gregory Brunton        (0061722)
Joseph Merical         (0098263)
**GORDON & REES LLP**
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
gbrunton@grsm.com
Jmerical@grsm.com
*Attorneys for Defendant Fieldwork, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Northern District of Ohio, on October 10, 2019, and served upon counsel of record via the court's electronic filing system.

*/s/ Joseph Merical*
Gregory Brunton   (0061722)
Joseph Merical   (0098263)
