IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, OHIO
EASTERN DIVISION

| ADVANCED DERMATOLOGY | ) | CASE NO: 5:19-cv-01828-JRA |
|---|---|---|
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | |
| FIELDWORK, INC. | ) | |
| Defendant. | ) | |

## CONSENTED TO MOTION FOR EXTENSION OF TIME

Now comes Plaintiff Advanced Dermatology, on behalf of itself and all those similarly-situated, by and through counsel, and hereby moves this Court for a 30-day extension of time to respond to the three dispositive motions filed on October 10, 2019, by Defendant Fieldwork, Inc., ECF Docs #: 9-11. Responses to these motions are due by November 8, 2019. Plaintiff asks for an extension until December 8, 2019.

Counsel for Plaintiff has contacted Defense Counsel, who has given consent to this motion.

Counsel for Plaintiff certifies that this motion is made for the purposes of efficient administration of this matter and to facilitate a complete response to the motion, and not for purposes of delay.

WHEREFORE, Plaintiffs asks for a 30-day extension of time until December 8, 2019 to response to Defendant's motions, ECF Docs #: 9-11.

1

Respectfully submitted,

*/s/Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Michael L. Berler (#0085728)
Michael L. Fine (#0077131)
Frederick & Berler LLC
767 East 185th Street
Cleveland, Ohio 44119
(216) 502-1055 (phone)
(216) 566-9400(fax)
ronf@clevelandconsumerlaw.com
mikeb@clevelandconsumerlaw.com
michaelf@clevelandconsumerlaw.com

## CERTIFICATE OF SERVICE

The foregoing is being filed electronically on November 6, 2019 and will be served upon the parties by the court's electronic filing system.

*s/ Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Frederick & Berler LLC
*One of the Attorneys for Plaintiff*