IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT, OHIO
EASTERN DIVISION

| ADVANCED DERMATOLOGY | ) | CASE NO: 5:19-cv-01828-JRA |
|---|---|---|
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| -vs- | ) | |
| FIELDWORK, INC. | ) | |
| Defendant. | ) | |

NOTICE OF CONSENT TO MOTION FOR CHANGE OF VENUE

Now comes Plaintiff Advanced Dermatology, on behalf of itself and all those similarly-situated, by and through counsel, and hereby gives notice of its consent to the transfer of venue of this matter to the U.S. District Court for the North District of Illinois as requested by Defendant Fieldwork, Inc. ("Fieldwork") in its motion filed on October 10, 2019 (Doc #: 10).

On October 10, 2019, Fieldwork filed a motion styled *Defendant's Motion to Dismiss Non-Ohio Class for Lack of Personal Jurisdiction or, in the Alternative, to Transfer Venue*, wherein Fieldwork moved this Court for a change in venue pursuant to 28 U.S.C. § 1404(a). Plaintiff has no objection, and hereby consents, to Fieldwork's request for this matter be transferred to U.S. District Court for the North District of Illinois where another similar case is pending so that this matter can be efficiently considered in the same court and before the same judge. A motion to stay the remaining aspects of Fieldwork's recent motions (Doc #: 9-11) is being filed contemporaneously herewith.

WHEREFORE, Plaintiff asks this Court to grant that part of Fieldwork's motion (Doc #: 10), seeking transfer to the U.S. District Court for the North District of Illinois.

Respectfully submitted,

*/s/Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Michael L. Berler (#0085728)
Michael L. Fine (#0077131)
Frederick & Berler LLC
767 East 185th Street
Cleveland, Ohio 44119
(216) 502-1055 (phone)
(216) 566-9400(fax)
ronf@clevelandconsumerlaw.com
mikeb@clevelandconsumerlaw.com
michaelf@clevelandconsumerlaw.com

## **CERTIFICATE OF SERVICE**

The foregoing is being filed electronically on November 6, 2019 and will be served upon the parties by the court's electronic filing system.

*s/ Ronald I. Frederick*
Ronald I. Frederick (#0063609)
Frederick & Berler LLC
*One of the Attorneys for Plaintiff*