# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| ADVANCED DERMATOLOGY, | ) | CASE NO.: 5:19-cv-01828 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| FIELDWORK, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

On October 10, 2019, Defendant Fieldwork, Inc. ("Fieldwork") filed a total of three motions to dismiss Plaintiff Advanced Dermatology's ("Advanced Dermatology") Complaint, one of which requested a transfer of this matter to the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1404(a) for a variety of reasons, but most importantly for the promotion of judicial economy, fairness, and consistency of results as a similar putative class action case is currently pending in that district before Judge John J. Tharp, Jr. (Mot. to Dismiss 7-10, ECF No. 10.) In response, Advanced Dermatology consented to transfer of the instant matter to Judge Tharp, Jr. in the Northern District of Illinois, Eastern Division. (Notice of Consent to Transfer, ECF No. 13.)

Therefore, the parties have agreed that a transfer of venue would be appropriate and serve the interests of judicial economy, fairness, and consistency in light of the related case pending before Judge Tharp, Jr. in the Northern District of Illinois, Eastern Division. Additionally, Judge Tharp, Jr. has indicated acceptance of the transfer of the instant matter. Accordingly, it is hereby ORDERED that this matter is transferred to the United States District Court for the Northern District of Illinois. Any pending motions shall be left to the judgment of that Court.

IT IS SO ORDERED.

DATE: December 6, 2019                    /s/ John R. Adams
                                          Judge John R. Adams
                                          UNITED STATES DISTRICT COURT