

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

12/6/2019

Re: Advanced Dermatology v. Fieldwork

USDC Case Number: **19 cv 8012**

This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the Northern Ohio The case has been assigned number 19 cv 8012   to the Honorable Tharp .

The purpose of this letter is to inform you that the Local Rule 83.15 of this Court requires that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court.

For further information, you may visit our website address at:   www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

> Sincerely yours,
> Thomas G. Bruton, Clerk
>
> By:     /s/ L. Springer
>             Deputy Clerk

Rev. 09/21/2017