## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Advanced Dermatology

                        Plaintiff,

v.                                                  Case No.: 1:19–cv–08012
                                                            Honorable John J. Tharp Jr.

Fieldwork, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2020:

      MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Defendants' motion to consolidate [20] is deemed withdrawn without prejudice for reasons stated on the record. Plaintiff's responses to defendants' motions to dismiss [9] [10] [11] are due by 2/17/20. Defendants' replies are due by 3/16/20. A status hearing is set on 4/1/20 at 9:00 a.m. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.