# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ADVANCED DERMATOLOGY, on behalf of itself and all those similarly situated, | )<br>)<br>) |
| | ) No. 19 C 08012 |
| | ) Judge John J. Tharp, Jr. |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FIELDWORK, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

This action having been dismissed with prejudice for failure to state a claim by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of defendant Fieldwork, Inc. and against plaintiff Advanced Dermatology. Defendant shall recover costs from plaintiff.

Dated: August 19, 2021

John J. Tharp, Jr.
United States District Judge